UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: PETER J. RODRIQUEZ | ) | |
| ELEANOR M. RODRIQUEZ | ) | |
| | ) | |
| Debtors/Plaintiffs | ) | Case No. 08-45290-705 |
| | ) | |
| | ) | Adversary No. 12-04138-705 |
| | ) | |
| FIRST COMMUNITY CREDIT UNION | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the original of Defendant's First Set of Interrogatories Directed to Plaintiff Eleanor M. Rodriquez; Defendant's First Request for Production of Documents Directed to Plaintiff Eleanor M. Rodriquez and Defendant's First Request for Admissions Directed to Plaintiff Eleanor M. Rodriquez were mailed via First Class Mail, postage pre-paid to Robert Cornejo, Attorney for Plaintiffs, 1103 E. Walnut St., Columbia, MO  65201 and an electronic copy emailed to Robert Cornejo, Attorney for Plaintiffs,  at drlcmo@gmail.com this 21st day of June, 2012.

Respectfully submitted,

SOMMARS & ASSOCIATES, LLC
By:_____
Donna M. Sommars  Bar #34043
Pamela B. Leonard #37027
911 Washington Street, Suite 415
St. Louis, Missouri 63101
(314) 241-5500; (314) 241-5507 (fax)
Donna@sommars.net
Attorneys for First Community Credit Union